JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:10-cv-05385-JHN-RCx | Date | September 27, 2010 |
|---|---|---|---|
| Title | Mgngistu Ngway v. Certegy Payment Recovery Services, Inc. | | |

| Present: The Honorable | JACQUELINE H. NGUYEN | | |
|---|---|---|---|
| Chris Silva | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**   **(IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE**

On August 24, 2010, this Court granted Defendant's Motion to Dismiss Complaint (docket no. 5) and dismissed the Complaint without prejudice. (Docket no. 8.) Plaintiff was given leave to file an amended complaint no later than **September 22, 2010.** No amended complaint having been field, this action is hereby **DISMISSED**.

**IT IS SO ORDERED**.

| | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CSI |